**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

YAKOV WARTENBURG, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

OX SECURITIES LTD., an Australian corporation,

*Defendant.*

Case No. 2:26-cv-00795-GRB-LGD

**NOTICE OF APPEARANCE OF JENNIFER L. HARRINGTON**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Jennifer L. Harrington, Esq. is a member of this Court in good standing and hereby respectfully enters her appearance as counsel for Plaintiff Yakov Wartenburg, individually and on behalf of all others similarly situated, in the above-referenced matter. The undersigned is also designated to accept service of all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of the aforementioned Putative Class Plaintiff.

Dated: New York, New York
October 16, 2026

Respectfully submitted

LAW OFFICES OF ROBERT V. CORNISH JR., PC

*/s/ Jennifer L. Harrington*
Jennifer L. Harrington, Esq. (5828769)
32 Mercer Street, 3rd Floor
New York, NY 10013
Tel: (307) 264-0535
jharrington@rcornishlaw.com
*Attorney for Putative Class Plaintiff*